No. 82–914. MONSANTO CO. *v.* SPRAY-RITE SERVICE CORP. C. A. 7th Cir. [Certiorari granted, 460 U. S. 1010.] Motion of Associates for Antitrust Analysis for leave to file a brief as *amicus curiae* granted. JUSTICE WHITE took no part in the consideration or decision of this motion.

No. 82–1401. CALDER ET AL. *v.* JONES. Ct. App. Cal., 2d App. Dist. [Probable jurisdiction postponed, 460 U. S. 1080.] Motions of Reporters Committee for Freedom of the Press et al. and Association of American Publishers, Inc., for leave to file briefs as *amici curiae* granted.

No. 82–6675. GILLIAM *v.* 2201 BOARDWALK CORP. ET AL. C. A. 3d Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 18, 1983, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 82–6702. GANEY *v.* SAFRON ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 18, 1983, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 82–6827. PETTEE *v.* KILPATRICK ET AL. C. A. 4th Cir. Motion of petitioner for leave to proceed *in forma pauperis* denied. Petitioner is allowed until July 18, 1983, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

No. 82–6858. IN RE WASSALL. Petition for writ of habeas corpus denied.

No. 82–963. MASSACHUSETTS *v.* SHEPPARD. Sup. Jud. Ct. Mass. Certiorari granted.